

# IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

### NO. WR-14,622-18

**EX PARTE JAMES LOGAN DIEZ, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NUMBER 12,797-B-W-15 IN THE 119TH DISTRICT COURT
### FROM TOM GREEN COUNTY

*Per curiam.*

### O R D E R

This is a post-conviction application for a writ of habeas corpus forwarded to this Court pursuant to TEX. CODE CRIM. PROC. art. 11.07, § 3, *et seq.* Applicant was convicted of the felony offense of burglary of a habitation and punishment was assessed at thirty years' confinement. No direct appeal was taken.

The Court received this writ application on June 2, 2014. On June 25, 2014, this Court dismissed it because we believed the sentence had discharged. However, this sentence will not discharge until 2016. This Court has determined that the writ was dismissed in error.

After reconsideration on its own motion, the Court finds that the application should have been denied on the merits. Accordingly, the Court withdraws its prior order dismissing this application and enters an order denying this application.

Applicant's writ application is denied.

DELIVERED: November 11, 2015
DO NOT PUBLISH